IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCHMANN STEEL & GLASS CONSTRUCTIONS, INC., <br><br>*Plaintiff,*<br><br> v. <br><br> ERNEST BOCK & SONS-DOBCO JOINT VENTURE, et al., <br><br>*Defendants.* | CIVIL ACTION <br> NO. 25-2848 |

## ORDER

**AND NOW**, this 13th day of November 2025, upon consideration of Defendant's Motion for Judgment on the Pleadings and/or to Compel Mediation (Dkt. No. 25), Plaintiff's Response (Dkt. No. 31) and Defendant's Reply (Dkt. No. 32), it is **ORDERED**:

1. Defendant's Motion to Compel Mediation is **GRANTED**. The parties shall work in good faith to schedule mediation, and they shall promptly inform the Court of the schedule and result of that process.

2. Defendant's Motion for Judgment on the Pleadings is **DENIED as moot**; and

3. This case is **STAYED** pending the outcome of mediation.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.